# EXHIBIT 7



# The fast, easy way to sign in to apps and websites.

Sign in with Apple makes it easy for users to sign in to your apps and websites using their Apple ID. Instead of filling out forms, verifying email addresses, and choosing new passwords, they can use Sign in with Apple to set up an account and start using your app right away. All accounts are protected with two-factor authentication for superior security, and Apple will not track users' activity in your app or website.



## Respect for privacy.

Sign in with Apple was built from the ground up to give users peace of mind about their privacy. Data collection is limited to the user's name and email address, and Apple's private email relay lets users receive email even if they prefer to keep their address private. Apple will not track users as they interact with your app.



## Security built in.

Every account using Sign in with Apple is automatically protected with two-factor authentication. On Apple devices, users are persistently signed in and can re-authenticate anytime with Face ID or Touch ID.

## Works everywhere.

Sign in with Apple works natively on iOS, macOS, tvOS, and watchOS. And it works in any browser, which means you can deploy it on your website and in versions of your apps running on other platforms.



## Antifraud.

Sign in with Apple is designed to give you confidence in your new users. It uses on-device machine learning and other information to provide a new privacy-friendly signal that helps you determine if a new user is a real person or an account you might want to take another look at.

## Get Started

Learn how to plan, implement, and test Sign in with Apple in your apps and websites.

Learn more ›

| iOS | Resources | Swift | App Store | Developer Forums |
| watchOS | Videos | Swift Playgrounds | App Review | Feedback & Bug Reporting |
| tvOS | Apple Design Awards | TestFlight | Mac Software | System Status |
| Safari and Web | Fonts | Documentation | Apps for Business | Contact Us |
| Games | Accessibility | Videos | Safari Extensions | |
| Business | Internationalization | Downloads | Marketing Resources | **Account** |
| Education | Accessories | | Trademark Licensing | Certificates, Identifiers & Profiles |
| WWDC | | | | App Store Connect |

To view the latest developer news, visit News and Updates.

Copyright © 2019 Apple Inc. All rights reserved.   Terms of Use   Privacy Policy   License Agreements                English

| iOS | Resources | Swift | App Store | Developer Forums |
| watchOS | Videos | Swift Playgrounds | App Review | Feedback & Bug Reporting |
| tvOS | Apple Design Awards | TestFlight | Mac Software | System Status |
| Safari and Web | Fonts | Documentation | Apps for Business | Contact Us |
| Games | Accessibility | Videos | Safari Extensions | |
| Business | Internationalization | Downloads | Marketing Resources | **Account** |
| Education | Accessories | | Trademark Licensing | Certificates, Identifiers & Profiles |
| WWDC | | | | App Store Connect |

To view the latest developer news, visit News and Updates.