# EXHIBIT 8

Discover    Design    Develop    Distribute    Support    Account

Sign in with Apple    Overview    Get Started    Resources

# Make signing in easy.

Provide a fast, secure, and privacy-friendly way for users to set up an account and start using your apps and websites.

## Planning

Sign in with Apple allows you to set up a user account in your system, complete with name, verified email address, and unique stable identifiers that allow the user to sign in to your app with their Apple ID. It works on iOS, macOS, tvOS, and watchOS. You can also add Sign in with Apple to your website or versions of your app running on other platforms. Once a user sets up their account, they can sign in anywhere you deploy your app.

### Examples of Use Cases

With Sign in with Apple, it's easy to:

- Allow users to create an account early in your app experience if your app has limited functionality without an account.

- Allow users to create an account after interacting with features of your app. For example, to save progress or set up a profile.

- Allow users to create an account after completing a purchase as a guest.

- Allow users with existing accounts to sign in or reauthenticate to any version of your app or website.

### Guidelines

As you plan and design your app or website for Sign in with Apple, make sure to follow these guidelines:

- Human Interface Guidelines
- App Store Review Guidelines
- Usage Guidelines for Websites and Other Platforms
- Apple Developer Program License Agreement

## Implementing

### Configuration

You'll need to use Certificates, Identifiers & Profiles to set up identifiers and keys in your Apple Developer account before you can implement Sign in with Apple.

Get instructions on configuration

Learn about registering outbound email domains

### For Apps

Use the AuthenticationServices framework to let users set up accounts and sign in to your native iOS, macOS, tvOS, and watchOS apps.

Learn about AuthenticationServices

### For the Web and Other Platforms

Use Sign in with Apple JS to let users set up accounts and sign in to your website and apps on other platforms.

Learn about Sign in with Apple JS

### Service API

Use the Sign in with Apple API to validate the authorization code provided to your app and check a user's status directly with Apple servers.

Learn about the Sign in with Apple API

### Private Email Relay Service

Some privacy-conscious users will choose to keep their personal email address private and use Apple's private email relay service when setting up an account. To send email messages through the relay service to the users' personal inboxes, you will need to register your outbound email domains.

Learn about using the Private Email Relay Service

## Testing and Verifying

### Xcode 11 beta

To test your apps, use the latest beta version of Xcode 11 and update your devices to the latest beta versions of iOS, macOS, tvOS. To test your website, you'll need to group it with an app that is enabled for Sign in with Apple and is available on the App Store.

Download the latest beta software

## Resources

Find tools, documentation, and resources you need to implement Sign in with Apple.

Learn more