# EXHIBIT 9

SIGN IN WITH APPLE

# Configure Private Email Relay Service

In
order to send email messages through the relay service to the users' personal inboxes, you will need to register your outbound email domains. All registered domains must create Sender Policy Framework (SPF) DNS TXT records in order to transit Apple's private mail relay. You can register up to 10 domains and communication emails.

### Register Domains

1. In Certificates, Identifiers & Profiles, select More from
   the sidebar, and click Configure Sign In with Apple.

2. In the
   domain section, enter the fully qualified domain name, and click Register. Registration will fail if the domain does not publish an SPF DNS TXT
   record.

3. Once registered, click Download, place the downloaded
   file in the specified location, then click Verify.

4. A green
   checkmark will appear when the domain has passed verification and is registered to your account.

### Register Communication Emails

1. In Certificates,
   Identifiers & Profiles, select More from the sidebar, and click Configure Sign In with Apple.

2. In the Communication Email
   section, enter the email address you will use to contact your customers, and click Register. Registration will fail if the domain does not publish an SPF DNS TXT record.

3. A green checkmark will appear when the email
   domain has passed validation and is registered to your account.

©
2019 Apple Inc. All rights reserved.