# EXHIBIT 14

How to use Sign in with Apple - Apple Support

# How to use Sign in with Apple

Sign in with Apple is the fast, easy, and more private way to sign into apps and websites using the Apple ID that you already have.



## About Sign in with Apple

When you see a Sign in with Apple button on a participating app or website, it means you can set up an account and sign in with your Apple ID. Instead of using a social media account, or filling out forms and choosing another new password, just tap the Sign in with Apple button, review your information, and sign in quickly and securely with Face ID, Touch ID, or your device passcode.

Sign in with Apple is built from the ground up to respect your privacy and keep you in control of your personal information. At your first sign in, apps and websites can ask only for your name and email address to set up an account for you. You can use Hide My Email—Apple's private email relay service—to create and share a unique, random email address that forwards to your personal email. That way you can receive useful messages from the app without sharing your personal email address. Only the registered app or site developer can communicate with you using this email, and you can turn it off at any time.

Sign in with Apple won't track or profile you as you use your favorite apps and websites, and Apple retains only the information that's needed to make sure you can sign in and manage your account.

## What you need

To sign into an app or website that offers Sign in with Apple, you need:

- An Apple ID that uses two-factor authentication.
- To be signed in to iCloud with this Apple ID on your Apple device.

Sign in with Apple is available with participating apps on Apple devices with the latest software—iOS 13 or later, iPadOS 13 or later, watchOS 6 or later, macOS Catalina 10.15 or later, and tvOS 13 or later—and with participating websites in Safari. You can also use Sign in with Apple with other web browsers and on other platforms, like Android or Windows.

Sign in with Apple is not available for children under 13 years old. This age may vary by country or region.

# Use Sign in with Apple on your Apple device



Using Sign in with Apple is quick and easy on any Apple device with the latest software. Make sure you're signed in with your Apple ID on your device.

1. Tap the Sign in with Apple button on the participating app or website.

2. If the app or site has not requested any information to set up your account, check that your Apple ID is correct and go to Step 4.

3. If you're asked to provide your name and email address, Sign in with Apple automatically fills in the information from your Apple ID. You can edit your name if you like and choose Share My Email or Hide My Email.

4. Tap Continue and confirm with a quick Face ID, Touch ID, or device passcode to sign in. If you don't have Face ID, Touch ID, or a passcode set up, enter your Apple ID password.

As long as you remain signed in on your device, you will automatically stay signed in to most apps.

If you need to sign in again, just tap the Sign in with Apple button again and complete a simple Face ID, Touch ID, or passcode confirmation. It works the same way on your other Apple devices that you're signed into with the same Apple ID.

# Use Sign in with Apple on other platforms

Many apps are available across Apple devices, the web, and other platforms like Android or Windows. Developers can add Sign in with Apple anywhere they offer their app or service, so you can sign in quickly and easily.

1. Tap the Sign in with Apple button on the participating app or website.

2. When you see a secure, Apple-hosted webpage, enter your Apple ID and password.

3. The first time you sign in, you're prompted for a verification code from your trusted Apple device or phone number. Check your device and enter the code. On the web, you can skip this step for 30 days after your initial sign in by choosing to trust the browser you are currently using.

4. If the app or site has not requested any information to set up your account, check that your Apple ID is correct and go to Step 6.

5. If you're asked to provide your name and email address, Sign in with Apple automatically fills in the information from your Apple ID. You can edit your name if you like and choose Share My Email or Hide My Email.

6. Tap Continue to complete the sign-in process.

# Learn more

How to use Sign in with Apple - Apple Support

- Learn more about the Hide My Email option.
- Manage your account to review the apps you use with Sign in with Apple.

Information about products not manufactured by Apple, or independent websites not controlled or tested by Apple, is provided without recommendation or endorsement. Apple assumes no responsibility with regard to the selection, performance, or use of third-party websites or products. Apple makes no representations regarding third-party website accuracy or reliability. Risks are inherent in the use of the Internet. Contact the vendor for additional information. Other company and product names may be trademarks of their respective owners.

Published Date: September 19, 2019

Helpful?     [ Yes ]    [ No ]

## Start a Discussion
in Apple Support Communities

Ask other users about this article

Submit my question to the community

See all questions on this article ›

Support     How to use Sign in with Apple

Copyright © 2019 Apple Inc. All rights reserved.    Privacy Policy   |   Terms of Use   |   Sales and Refunds   |   Site Map       🇺🇸 United States