# EXHIBIT 15

# Hide My Email for Sign in with Apple

If you choose to hide your email when you create an account with an app or website using Sign in with Apple, a unique, random email address is created so your personal email can stay private.

## Share your email address or keep it private

If an app or website asks for your email address when you set up your account with Sign in with Apple, you have two options:

1. Choose Share My Email to share your personal email address with an app or website developer. If you're familiar with the app and are comfortable with them being able to identify you using your email address, you want to choose Share My Email.
2. Choose Hide My Email to hide your personal email address and share a unique, random address instead. If you're not familiar with the developer yet or prefer more privacy, you might want to choose Hide My Email.

## If you choose Hide My Email

A unique, random email address is created, so your personal email address isn't shared with the app or website developer during the account setup and sign in process. This address is unique to you and the developer and follows this format: <unique-alphanumeric-string>@privaterelay.appleid.com

For example, if j.appleseed@icloud.com is your Apple ID, your unique, random email address for a given app might look like dpdcnf87nu@privaterelay.appleid.com.

Any messages sent to this address by the app or website developer are automatically forwarded to your personal email address by our private email relay service. You can read and respond directly to these emails and still keep your personal address private.

We don't read or process any of the content in the email messages that pass through our relay service, except to perform standard spam filtering that's required to maintain our status as a trusted email provider. All email messages are deleted from our relay servers after they're delivered to you, usually within seconds.

At any time, you can change the email address that receives forwarded messages from a developer. Or you can choose to turn off email forwarding to stop receiving messages from a developer. You can also choose to share your personal email address with a developer directly from their app or website.

## Learn more

- Learn how Sign in with Apple works.
- See how to manage the apps that you're using with Sign in with Apple.

Published Date: September 19, 2019

| Helpful? | Yes | No |
|---|---|---|

## Start a Discussion
## in Apple Support Communities

Ask other users about this article

Submit my question to the community

See all questions on this article ›

Support    Hide My Email for Sign in with Apple

Copyright © 2019 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Site Map        🇺🇸 United States