# EXHIBIT 16

# Manage the apps you use with Sign in with Apple

Learn how to view and manage the apps you use with Sign in with Apple.

## View the apps using your Apple ID

When you use Sign in with Apple, you can sign in to participating third-party apps and websites with your Apple ID. To see a list of the apps you're currently using with Sign in with Apple and manage your preferences for each one, go to Apple ID settings on your device or sign in to your Apple ID account page.

### On your iPhone, iPad, or iPod touch

1. Open the Settings app, then tap [your name].
2. Tap Password & Security
3. Tap Apps Using Your Apple ID.

### On your Mac

1. Choose Apple  menu, then click System Preferences.
2. Click Apple ID, then choose Password & Security.
3. Click Edit.

### On the web

1. Sign in to your Apple ID account page.
2. Go to the Security section, then go to Apps & Websites using Apple ID.
3. Select Manage.

## Manage your apps

In your Apple ID account settings, you see a list of apps that you use with Sign in with Apple. To view the information you originally shared with an app, select any app in the list. You can also view a link to the app's Privacy Policy or Terms & Conditions.

If you chose to hide your email address from an app and use our private email relay service, you can turn off email forwarding to your personal email address. You can also choose to stop using your Apple ID with an app or website.

### Turn Off Email Forwarding

To stop emails sent by a particular developer from reaching your personal inbox, turn off Forward To, then select Stop. Emails aren't forwarded to your personal inbox unless you turn email forwarding back on.

### Change your forwarding address

If you use Hide My Email with a developer, you can change the email address that receives forwarded messages from that developer. You can select any email address you have on file in your Apple ID account:

1. On your iPhone, go to Settings, then tap [your name].
2. Tap Name, Phone Numbers, Email, then tap Forward to under Hide My Email.

3. Choose the address you want emails to be forwarded to.

When you choose the email address, this applies to email from all apps and developers using Hide My Email.

## Stop Using your Apple ID with an app

To stop using your Apple ID with an app, select Stop Using Apple ID, then choose Stop Using.

When you stop using your Apple ID with an app, you're signed out of the app on your device. The next time you visit the app or its associated website, you can either select Sign in with Apple to sign in again, or create a new account.

If you choose to use Sign in with Apple again, you're signed in to the same account you previously used. Some apps might let you create a new password for your existing account so you can sign in again without using your Apple ID.

Some developers might use Sign in with Apple to give you an account for more than one app. If that's the case and your turn off email forwarding or stop using your Apple ID for one app, it applies to all apps from that developer.



## Learn more

- Learn how Sign in with Apple works.
- See how Sign in with Apple keeps your email private.

Published Date: September 19, 2019

**Helpful?**   Yes    No

# Start a Discussion
## in Apple Support Communities

Ask other users about this article

Submit my question to the community

See all questions on this article ›

Case 1:19-cv-01869-LPS   Document 13-16   Filed 12/20/19   Page 4 of 4 PageID #: 498

Support   Manage the apps you use with Sign in with Apple

Copyright © 2019 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Site Map   🇺🇸 United States