# EXHIBIT 20

# Apple's control over the App Store is no longer sustainable

Cupertino's restrictive policies illustrate the need for regulation.

Romain Dillet   @romaindillet  /  11:53 am EDT • October 21, 2019

Search

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

Gift Guide 2019
Apple
Enterprise
Transportation

  **Image Credits:** Chesnot / Getty Images

L
ast week, **Apple** caved to the Chinese government and pulled an app called HKmap.live that was being used by Hong Kong protestors to crowdsource the location of police forces.

While **Apple** ⓘ CEO Tim Cook defended Apple's stance, the move is a reminder that Apple is the only judge and jury regarding what's acceptable in the App Store — but as mobile devices are integrated into more aspects of our lives, it's getting harder to justify such tight control over their software.

The current state of the App Store is a great example of the risks of running a marketplace that becomes too big. It also shows that we can expect wide-ranging marketplace regulation in the near future.

## The App Store as video game console

Before Apple introduced the App Store in 2008, companies could distribute third-party apps and web services without oversight; consumers could buy floppy disks, download software from the internet or connect to any website.

But with the App Store, Apple decided to control the user experience from approval to distribution. And it has been a

Search 🔍

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

**Gift Guide 2019**
**Apple**
**Enterprise**
**Transportation**

massive economic success. There are more than 2.2 million apps in the App Store that have generated over 130 billion downloads.

In many ways, the iOS app ecosystem works more like a video game console than a computer — developers submit games and apps to the maker of the platform, which starts a review process to see if third-party content complies with guidelines. If so, developers may list their game or app on the platform.

The PlayStation 4 has been around for six years and Sony has approved 2,294 games in total, around 380 games per year. Due to the sheer size of the App Store, Apple has faced challenges that console manufacturers have never faced.

## Review guidelines are poorly enforced

Apple has written the App Store Review Guidelines, a lengthy document intended to answer all questions about what's acceptable — but those rules are not enforced consistently, and the App Store isn't a level playing field, discrepancies I've pointed out in the past.

As an example: rule 4.3, titled "Spam:"

Search

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

Gift Guide 2019
Apple
Enterprise
Transportation


Don't create multiple Bundle IDs of the same app. If your app has different versions for specific locations, sports teams, universities, etc., consider submitting a single app and provide the variations using in-app purchase. Also avoid piling on to a category that is already saturated; the App Store has enough fart, burp, flashlight, and Kama Sutra apps already. Spamming the store may lead to your removal from the Developer Program.

And yet, customers can find plenty of categories with app duplicates and companies trying to game the App Store. For example, I found 13 different VoIP apps released by four companies. Each company had multiple versions of the same app in order to pick different names, keywords and categories to optimize search results.

### Virtual phone number apps are gaming the App Store with duplicates



If you've searched the App Store for an app to get a second phone number, chances are you found dozens of apps with very little differences. A handful of companies are spamming the App Store with duplicated apps. This strategy is against Apple's rules. The App Store Review Guidelines are detailed rules that define what … Continue reading



Search

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

Gift Guide 2019
Apple
Enterprise
Transportation

When I pointed this out to Apple, they removed most of the duplicates in less than 24 hours, but it can't remain the single source of truth if it doesn't enforce its own rules properly.

Similarly, as Under the Radar recently pointed out, some developers will always find ways to abuse the App Store. For instance, shady developers acquire apps with a lot of positive ratings, transfer those apps to their own developer account, push updates with expensive weekly recurring subscriptions and take advantage of Apple's obscure process to cancel subscriptions.

## Economic interests first

In its most recent earnings release, Apple reported that Greater China represented 17% of the company's revenue. The company also manufactures the vast majority of its products in Chinese factories. Apple has a lot to lose in China.

That's why Apple's actions in China don't reflect the company's principles. Cupertino claims to care deeply about privacy, but it uploads iCloud user data to a state-owned mobile operator in China.

Search

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

Gift Guide 2019
Apple
Enterprise
Transportation

> **The company says that it cares deeply about privacy but uploads iCloud user data to a state-owned mobile operator in China**

Apple first removed HKmap.live from the App Store, then authorized the app again before removing it one more time. The only thing that changed between the first second removal is that the Chinese government started openly criticizing Apple about that specific case.



Search

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

Gift Guide 2019
Apple
Enterprise
Transportation

# You've landed on an Extra Crunch exclusive

Select a plan to continue reading. Already a member? **Sign in.**

| Monthly Membership Trial | Annual Membership Save $30 | 2 Year Membership Save $80 |
|---|---|---|
| $5 / FIRST MONTH* | $150 / YEAR* | $280 / 2 YEARS* |
| Then $15 / month | Exclusive community perks | Exclusive community perks |

*Plus applicable taxes

## Members get access to

- How-tos and interviews on company building
- Intelligence on the most disruptive opportunities for startups
- Enhanced reading experience, including Rapid Read mode and no banner ads
- Community perks unlocked for annual & 2-year members, including 20% off all TechCrunch events

Extra Crunch Terms

# Sign up for Newsletters

See all newsletters

Search

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

Gift Guide 2019
Apple
Enterprise
Transportation

- [ ] The Daily Crunch
- [ ] Week in Review
- [ ] Extra Crunch Roundup
- [ ] Startups Weekly
- [ ] The Station
- [ ] Max Q - A newsletter about space
- [ ] Event Updates
- [ ] Sponsorship Insider
- [ ] Crunchbase Daily

Email *

Subscribe

https://tcrn.ch/2PcWpA5     Copy

## Tags

| | |
|---|---|
| Apps | Mobile |
| Policy | app-store |
| Apple  cb | iOS |
| marketplace | regulation |

r owner SmugMug emails

Search 🔍

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

Gift Guide 2019
Apple
Enterprise
Transportation

### subscribers with an urgent request: help us find more paying users

**Connie Loizos**
9:53 pm EST • December 19, 2019



### The unbrandening

**Josh Gross**
8:00 pm EST • December 19, 2019



### Ghostery launches Midnight for privacy and ad-blocking beyond the browser

**Anthony Ha**
6:27 pm EST • December 19, 2019



### Hulu is down

**Megan Rose Dickey**
5:48 pm EST • December 19, 2019



### Robocall-crushing TRACED act passes Senate and heads to Oval Office

**Devin Coldewey**
5:20 pm EST • December 19, 2019



### India gets more aggressive with internet shutdowns to curb protests

Search 🔍

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

**Gift Guide 2019**
**Apple**
**Enterprise**
**Transportation**

Manish Singh

5:19 pm EST • December 19, 2019





# Highlights from Disrupt Berlin 2019

TC Video

5:15 pm EST • December 19, 2019

# Announcing our first four experts for TC Early Stage in San Francisco

Ned Desmond

4:30 pm EST • December 19, 2019



# Gift Guide: 14 gifts for the gamer in your

Search 🔍

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

Gift Guide 2019
Apple
Enterprise
Transportation

Jordan Crook
4:01 pm EST • December 19, 2019



### A look ahead at blockchain's next decade
Jonathan Johnson
3:57 pm EST • December 19, 2019



### HaptX grabs $12 million to build a glove crammed with sensors
Lucas Matney
3:49 pm EST • December 19, 2019



### Daily Crunch: Facebook acquires a cloud gaming startup
Anthony Ha
3:02 pm EST • December 19, 2019



### Anybody can now make HomeKit accessories
Romain Dillet
2:39 pm EST • December 19, 2019



### 1,500 Ring passwords have been

Search

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

Gift Guide 2019
Apple
Enterprise
Transportation

found on the dark web

**Zack Whittaker**

2:36 pm EST • December 19, 2019





# Universal Acceptance is the first-mover advantage that may be worth billions

**Chris Mondini**

2:34 pm EST • December 19, 2019

Search 🔍

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

Gift Guide 2019
Apple
Enterprise
Transportation



Search 🔍

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More





### Despite winter's chill, the Northeast's tech ecosystem is white-hot

Alex Wilhelm
1:12 pm EST • December 19, 2019



### Subscription-based social network MeWe launches premium features and a business product

Jonathan Shieber
12:30 pm EST • December 19, 2019



### Google buys game developer Typhoon Studios

 ...atney
... EST • December 19, 2019

Gift Guide 2019
Apple
Enterprise
Transportation

### Levelset raises $30 million to improve money management for contractors in construction

Jonathan Shieber

12:00 pm EST • December 19, 2019



### Leapfin raises $4.5M to help companies track revenue while keeping its own profitability in view

Alex Wilhelm

12:00 pm EST • December 19, 2019





Search

Gift Guide
Startups
Apps
Gadgets
Videos
Audio
Newsletters
Extra Crunch
Advertise
Events
—
Crunchbase
More

Gift Guide 2019
Apple
Enterprise
Transportation

TechCrunch     Privacy Policy     About Our Ads     Code of Conduct     Terms of Service

© 2013-2019 Verizon Media. All rights reserved. Powered by WordPress VIP. Fonts by TypeKit.