# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLIX INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 19-1869-LPS |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT APPLE INC.'S MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM PURSUANT TO RULE 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and as more fully explained in its Memorandum in Support hereof, Defendant Apple Inc. respectfully requests that the Court dismiss Plaintiff's Amended Complaint in its entirety with prejudice because Plaintiff has failed to state a claim upon which relief can be granted.

<div style="display:flex">

<div>

OF COUNSEL:

Daniel G. Swanson
Jason C. Lo
Jennifer J. Rho
Raymond A. LaMagna
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
Tel:  (213) 229-7000

Cynthia E. Richman
Amalia Reiss
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Tel:  (202) 995-8500

H. Mark Lyon
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304
Tel:  (650) 849-5300

Chris Whittaker
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612
Tel:  (949) 451-3800

Dated:  February 12, 2020
6572405 / 49651

</div>

<div>

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
   David E. Moore (#3983)
   Bindu A. Palapura (#5370)
   Tracey E. Timlin (#6469)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE  19801
   Tel:  (302) 984-6000
   dmoore@potteranderson.com
   bpalapura@potteranderson.com
   ttimlin@potteranderson.com

*Attorneys for Defendant Apple Inc.*

</div>

</div>