# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLIX INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 19-1869-LPS |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

# ORDER

On this day, the Court considered Defendant Apple Inc.'s motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). After considering the motion and memorandum in support and Plaintiff's response, the Court is of the opinion that the motion is meritorious and should be granted. Accordingly IT IS ORDERED that:

Defendant Apple Inc.'s Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6) is GRANTED.

Plaintiff's Complaint against Apple Inc. is DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in accordance with this Order.

Date: _____, 2020

_____
United States District Judge

6572407