IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLIX INC., | : |
|     Plaintiff, | : |
|         v. | :   C.A. No. 19-1869-LPS |
| APPLE, INC. | : |
|     Defendant. | : |

## ORDER

At Wilmington, this **30th** day of **November, 2020**, for the reasons stated in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant Apple, Inc.'s motion to dismiss (D.I. 16) is GRANTED IN PART and DENIED IN PART, as detailed below:

    A. Apple's motion is granted WITH PREJUDICE with respect to Count I of the Amended Complaint (D.I. 13 ¶¶ 206-32) to the extent it alleges infringement of claim 17 of the '284 patent.

    B. Apple's motion is granted WITHOUT PREJUDICE with respect to Counts II and III of the Amended Complaint (D.I. 13 ¶¶ 232-95), alleging monopolization with respect to MacOS Email and with respect to the iOS App Store, respectively.

2. The parties shall meet and confer and, no later than **December 10, 2020**, submit a joint status report, setting out (in addition to anything else they wish to report) their proposal(s) for whether and when the Court should anticipate an additional Section 101 motion and, if so, when it will be briefed. The parties shall also provide their position(s) on whether (and when)

Blix will file an amended complaint and, if so, whether any motion by Apple to dismiss it should be briefed by short letter briefs (similar to the briefing the Court uses for motions to amend).

_____
UNITED STATES DISTRICT JUDGE