# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BLIX INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 19-1869-LPS |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT APPLE INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and as more fully explained in its Opening Brief in Support hereof, Defendant Apple Inc. respectfully requests that the Court dismiss Plaintiff's Second Amended Complaint in its entirety with prejudice because Plaintiff has failed to state a claim upon which relief can be granted.

2

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP |
| Daniel G. Swanson<br>Jason C. Lo<br>Jennifer J. Rho<br>Raymond A. LaMagna<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071<br>Tel:  (213) 229-7000 | By:  */s/ David E. Moore*<br>　　David E. Moore (#3983)<br>　　Bindu A. Palapura (#5370)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street<br>　　Wilmington, DE  19801<br>　　Tel:  (302) 984-6000<br>　　dmoore@potteranderson.com<br>　　bpalapura@potteranderson.com<br><br>*Attorneys for Defendant Apple Inc.* |

Cynthia E. Richman
Amalia Reiss
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Tel:  (202) 995-8500

H. Mark Lyon
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304
Tel:  (650) 849-5300

Chris Whittaker
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612
Tel:  (949) 451-3800

Dated:  April 15, 2021
7164066 / 49651