IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLIX INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLE, INC., )<br>)<br>Defendant. ) | C.A. No. 19-1869-LPS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Mark C. Rifkin and Thomas H. Burt to represent the plaintiff in the above action. Pursuant to this Court's Standing Order effective September 1, 2016, the fees for the above listed attorneys will be submitted upon the filing of this motion.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiff*

Dated: June 7, 2021

{01693717;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLIX INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1869-LPS |
| | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This _____ day of _____, 2021, the Court having considered the motion for the admission *pro hac vice* of Mark C. Rifkin and Thomas H. Burt to represent the plaintiff in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____

Chief Judge

{01693717;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Mark C. Rifkin*

_____

Mark C. Rifkin
WOLF HALDENSTEIN ADLER FREEMAN
   & HERZ LLC
270 Madison Avenue
New York, NY  10016
(212) 545-4600

Dated:  June 7, 2021

{01693717;v1 }

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Thomas H. Burt*

_____

Thomas H. Burt
WOLF HALDENSTEIN ADLER FREEMAN
   & HERZ LLC
270 Madison Avenue
New York, NY  10016
(212) 545-4600

Dated:  June 7, 2021

{01693717;v1 }