# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLIX INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1869-LPS |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

TAKE NOTICE THAT Plaintiff Blix Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from that portion of the Memorandum Order of the Hon. Leonard P. Stark that pertains to the claims of Blix Inc. in this action (ECF No. 69) entered on March 18, 2021, and from the entirety of the Memorandum Opinion and Order of the Hon. Leonard P. Stark in this action (ECF Nos 79 & 80), entered on July 9, 2021.

ASHBY & GEDDES

/s/ John G. Day

*Of Counsel:*

Daniel J. Melman
Guy Yonay
Sarah Benowich
Shaoul Sussman
PEARL COHEN ZEDEK LATZER BARATZ LLP
Times Square Tower
7 Times Square, 19th Floor
New York, NY 10036
(646) 878-0800

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiff*

{01710624;v1 }

Mark C. Rifkin
Thomas H. Burt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue, 9th Floor
New York, NY 10016
(212) 545-4600

Dated: August 3, 2021